**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FREDERIC GOLDFEIN, derivatively on behalf of Nominal Defendant Motorola, Inc. | ) |
| Plaintiff, | ) Case No. 1:10-cv-01955 |
| v. | ) Judge Sharon Johnson Coleman<br>) Magistrate Judge Michael T. Mason |
| GREGORY BROWN, et al. | ) |
| Defendants, | ) |
| and | ) |
| MOTOROLA, INC. | ) |
| Nominal Defendant | ) |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiff, Frederic Goldfein, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's Memorandum and Order entered and filed December 10, 2010, granting Defendants' Motion to Dismiss and dismissing Plaintiff's Complaint. Plaintiff files this appeal with respect to and against all Defendants and the Nominal Defendant.

Dated: January 3, 2011

Respectfully submitted,

s/ William B. Federman
William B. Federman, Esq. (admitted pro hac vice)
Jennifer F. Sherrill (admitted pro hac vice)
Federman & Sherwood
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

and

James T. Crotty, Esq. (0549029)
James T. Crotty & Associates
208 S. LaSalle St. – Suite 1750
Chicago, IL 60604-1170
Telephone: 312-623-1599
Facsimile: 312-553-1586
jamescrotty@aol.com

*Counsel for Plaintiff Fredric Goldfein*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2011, a copy of the foregoing Plaintiff Goldfein's Notice of Appeal was filed electronically in the Court's CM/ECF system, accomplishing service on all parties. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ William B. Federman
William B. Federman, Esq. (admitted pro hac vice)
Federman & Sherwood
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560

I:\Motorola\Derivative(2010)\Pleadings\NoticeAppeal.doc

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 10 cv 1955

| PLAINTIFF (Petitioner) v. | DEFENDANT (Respondent) |
|---|---|
| Goldfein/appellant | Brown/appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | William B. Federman | Name | Elizabeth Leise |
| Firm | Federman & Sherman | Firm | Arnold & Porter LLP |
| Address | 10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120 | Address | 555 Twelfth Street, NW<br>Washington, DC 20004 |
| Phone | 405) 235-1560 | Phone | 202) 942-5000 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Coleman | Date Filed in District Court | 3/29/10 |
| Court Reporter | T. McCullough X-5570 | Date of Judgment | 12/13/10 |
| Nature of Suit Code | 160 | Date of Notice of Appeal | 1/3/11 |

COUNSEL: Appointed [ ] Retained [X] Pro Se [ ]

FEE STATUS: Paid [X] Due [ ] IFP [ ]

IFP Pending [ ] U.S. [ ] Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office? Yes [ ] No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ] Denied [ ] Pending [ ]

If Certificate of Appealability was granted or denied, date of order: ____________________

If defendant is in federal custody, please provide U.S. Marshall number (USM#): ____________

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A). Rev 04/01**

Case: 1:10-cv-01955 Document #: 80 Filed: 12/10/10 Page 1 of 1 PageID #:502

# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | Sharon J. Coleman | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 10 C 1955 | **DATE** | 12/10/2010 |
| **CASE TITLE** | Frederic Goldfein vs. Gregory Q. Brown, et al. | | |

**DOCKET ENTRY TEXT**

Defendant's motion to dismiss [27] is granted. The case is dismissed. Enter Memorandum Opinion and Order.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | KG |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FREDERIC GOLDFEIN, derivatively on behalf of Nominal Defendant Motorola, Inc. | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| GREGORY Q. BROWN, DAVID W. DORMAN, H. LAURANCE FULLER, JUDY C. LEWENT, THOMAS J. MEREDITH, NICHOLAS NEGROPONTE, INDRA K. NOOYI, SAMUEL C. SCOTT III, RON SOMMER, ANTHONY J. VINCIQUERRA, DOUGLAS A. WARNER III, JOHN A. WHITE, MILES D. WHITE, JAMES R. STENGEL, EDWARD J. ZANDER, | ) | 10-cv-1955<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Michael T. Mason |
| Defendants, | ) | |
| and | ) | |
| MOTOROLA, INC., | ) | |
| Nominal Defendant. | ) | |

**MEMORANDUM OPINION AND ORDER**

Plaintiff Frederic Goldfein, on behalf of Motorola, Inc., has brought this four-count derivative action against certain members of Motorola's board of directors (the "Board") and company officers (collectively the "Individual Defendants"). In his complaint, Goldfein seeks to hold the individual defendants liable for their alleged breaches of fiduciary duties and other violations of law related to Motorola's financial and sales projections during the third and fourth quarter of 2006. Defendants move to dismiss the complaint on the basis that plaintiff has not met the threshold demand requirement of Rule 23.1, and has not plead sufficiently to state a

Case: 1:10-cv-01955 Document #: 82 Filed: 12/10/10 Page 2 of 7 PageID #:503

claim for relief. Alternatively, defendant moves this court to dismiss the case under the Colorado River Abstention Doctrine in favor of the parallel state litigation. This Court having heard oral arguments, reviewed the briefs, and relevant caselaw, grants the motion to dismiss.

## ALLEGATIONS IN THE COMPLAINT

Goldfein names fifteen individual defendants. They are Gregory Brown; David Dorman; H. Laurance Fuller; Judy Lewent; Thomas Meredith; Nicholas Negroponte; Indra Nooyi; Samuel C. Scott III; Ron Sommer; Anthony Vinciquerra; Douglas A. Warner III; John A. White; Miles D. White; James Stengel; Edward Zander.

The vast majority of the allegations are stated generally as having been committed by the "individual defendants." Plaintiff alleges that Zander made statements touting the sales projections for the third and fourth quarter of 2006. Sales projections fell short of predictions in both the third and fourth quarters of 2006. Plaintiff alleges that the individual defendants knew or should have known the sales projections were false based on their position on the Board and on various committees. Based on the sales forecast figures and the company's failure to meet the projected sales, plaintiff alleges breach of fiduciary duty by all defendants for failing to exercise proper oversight; insider trading by Brown and Zander, who sold Motorola stock during the second half of 2006; corporate waste; and, unjust enrichment as to all defendants. Plaintiff asserts shareholder standing based on demand and wrongful demand refusal.

## DISCUSSION

Although defendants put forth several arguments for dismissal, this Court will address only the issue of abstention as that issue is dispositive. Defendants request that this Court abstain from exercising jurisdiction in this case in favor of the parallel state cases that are

Case: 1:10-cv-01955 Document #: 82 Filed: 12/10/10 Page 3 of 7 PageID #:506

proceeding in the Circuit Court of Cook County based on the Colorado River abstention doctrine. The two consolidated state court cases, which are currently pending in the Circuit Court of Cook County before the Honorable William O. Maki, are Jean Williams v. Motorola, Inc., case No. 07CH23297, and Gary Cinotta v. Motorola, Inc., 07CH23298 (collectively, "state cases" or similar).

The Colorado River abstention doctrine allows federal courts to stay a suit in exceptional circumstances when there is a concurrent state proceeding and the stay would promote "wise judicial administration." Clark v. Lacy, 376 F. 3d 682, 685 (7th Cir. 2004)(quoting Colorado River Water Conservation District v. United States, 424 U.S. 800, 818 (1976)). In Moses H. Cone Memorial Hospital v. Mercury Construction Corp., 460 U.S. 1, 25 (1983), the Supreme Court stated: "We emphasize that our task in such cases as this is not to find some substantial reason for the *exercise* of federal jurisdiction by the district court; rather, the task is to ascertain whether there exist 'exceptional' circumstances, the 'clearest of justifications,' that can suffice under Colorado River to justify the *surrender* of that jurisdiction." (emphasis in original). It is with that caveat in mind that this Court considers whether to abstain.

Courts conduct a two-part analysis to determine whether a stay is appropriate in a particular case. First, the Court considers "whether the concurrent state and federal actions are actually parallel." LaDuke v. Burlington N. R.R. Co., 879 F.2d 1556, 1559 (7th Cir. 1989). "Two suits are considered ' "parallel" when substantially the same parties are contemporaneously litigating substantially the same issues in another forum.' " Clark, 376 F. 3d at 686. There should be a "substantial likelihood that the state litigation will dispose of all claims presented in the federal case." Lumen Constr., Inc, v. Brant Constr. Co., 780 F. 2d 691, 695 (7th Cir.1985). Once

Case: 1:10-cv-01955 Document #: 82 Filed: 12/10/10 Page 4 of 7 PageID #:507

the Court has determined that the suits are parallel, then it must consider the factors enumerated in Colorado River and its progeny to determine whether there are exceptional circumstances permitting this Court to abstain from excercising jurisidiction. See Colorado River, 424 U.S. at 818.

Defendants assert that the complaint in this case is virtually identical to the state complaints. After comparing the complaint in the case before this Court and the state court complaints, this Court finds the differences are more superficial than substantive. Since the consolidated state cases and the instant case are shareholder derivative suits, Motorola, Inc., is the the real plaintiff in interest, not the individual plaintiffs suing on Motorola's behalf. Thus, the parties are identical with the exception of one named defendant board member. "The addition of a party or parties to a proceeding, by itself, does not destroy the parallel nature of state and federal proceedings." Clark, 376 F. 3d at 686; see Schneider Nat'l Carriers, Inc. v. Carr, 903 F. 2d 1154, 1156 (7th Cir. 1990).

Moreover, the primary difference between the federal and state actions is that the individual state plaintiffs alleged "demand futility" rather than "wrongful demand refusal" as their standing to sue on behalf of Motorola. Since Motorola is the real plaintiff in interest and not the individual plaintiffs, this difference does not affect our analysis as to whether the cases are parallel. This Court must consider whether the interests of the *parties* (i.e., Motorola Inc. as plaintiff and the Board of Directors as defendants) are substantially the same. See Clark, 376 F. 3d at 686. On behalf of Motorola, Goldfein and the state plaintiffs make virtually identical allegations of breach of fiduciary duty, corporate waste, unjust enrichment, based on these same factual allegations during the same time period. Just as with the cases at issue in Clark v. Lacy,

the lawsuits at issue here "rely on the same factual predicate to raise substantially similar legal issues against substantially similar parties." Clark, 376 F. 3d at 687. Notably, Goldfein does not argue in his brief in opposition to the motion that his case is not parallel to the state cases. Accordingly, the Court finds the cases are parallel and will proceed to the second part of the analysis under Colorado River.

In the wake of Colorado River, courts applying the doctrine have considered a number of nonexclusive factors that might demonstrate the existence of exceptional circumstances warranting abstention, including: (1) whether the state has assumed jurisdiction over property; (2) the inconvenience of the federal forum; (3) the desirability of avoiding piecemeal litigation; (4) the order in which jurisdiction was obtained by the concurrent forums; (5) the source of governing law, state or federal; (6) the adequacy of state-court action to protect the federal plaintiff's rights; (7) the relative progress of state and federal proceedings; (8) the presence or absence of concurrent jurisdiction; (9) the availability of removal; and (10) the vexatious or contrived nature of the federal claim. Clark, 376 F. 3d at 685 (citing LaDuke, 879 F. 2d at 1559); See also Lumen Constr., Inc,, 780 F. 2d at 694-95.

This Court will address each factor in turn as enumerated above. (1) Neither this Court nor the state court has exercised jurisdiction over property, thus, this factor is neutral. (2) Both forums appear equally convenient since the courthouses are only a few city-blocks apart. Therefore, this factor is neutral. (3) This Court recognizes and emphasizes the desirability of avoiding piecemeal litigation, and since the two cases would undoubtedly cover virtually all of the same issues, this factor weighs heavily in favor of abstention. Indeed, since the claims in the cases are substantively the same and the state court has already considered the threshold issue of

demand futility, if the federal case were to continue before this Court, the proceedings would be utterly duplicative and wasteful of judicial resources. Moreover, if this Court permits Goldfein to pursue this action, it would risk the two proceedings reaching inconsistent results on the same set of facts and the same cause of action. (4) The federal case was filed nearly two years after the state cases. (5) Delaware law is the applicable substantive law in both cases. Accordingly, this is a neutral factor. (6) Since the rights at stake are state common law rights, pursuant to Delaware law, there are no federal rights that the state court would need to protect. Judge Maki in the circuit court of Cook County is therefore in at least as good a position as this Court to protect the rights of the parties. (7) Defendants assert that substantial progress has been made in discovery in the state cases, as those have been pending for more than two years. Plaintiff does not address how much progress has been made in the state case. Thus, this factor weighs in favor of abstention. (8) Goldfein does not dispute that he could have brought the claims in this proceeding in state court. The availability of concurrent jurisdiction weighs in favor of abstention, as does factor nine. (9) The state court cases are not removable to federal court. The Seventh Circuit has stated that there is a "policy against hearing a federal claim which is related to ongoing non-removable state proceedings." Day v. Union Mines, Inc., 862 F.2d 652, 659-60 (7th Cir. 1988). The tenth and last factor is not a relevant consideration in this case. In short, this Court believes the balance of the above-listed factors weigh strongly in favor of abstention.

This Court therefore will abstain from excercising jurisdiction in this matter. This matter is dismissed in favor of the state court in which the parallel proceeding is pending. See Beck v. Dobrowski, 559 F.3d 680, 686 (7th Cir. 2009)(affirming the decision of the district court dismissing the claim in an excercise of the Colorado River abstention doctrine). Because this

Case: 1:10-cv-01955 Document #: 82 Filed: 12/10/10 Page 7 of 7 PageID #:510

Court has decided to refrain from exercising its jurisdiction in this matter, it need not reach the remaining arguments in defendants' motion to dismiss.

**Conclusion**

Defendants' motion to dismiss [27] is granted. The case is dismissed.

IT IS SO ORDERED.

Date: December 10, 2010

Entered: ______________________________
Sharon Johnson Coleman

Case: 1:10-cv-01955 Document #: 81 Filed: 12/10/10 Page 1 of 1 PageID #:503
AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
**for the**

## Northern District of Illinois

Frederic Goldfein
*Plaintiff*
v.
Gregory Q. Brown, et al.
*Defendant*

Civil Action No. 10 C 1955

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________

☒ other:

Defendant's motion to dismiss is granted. The case is hereby dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

☐ tried by Judge __________ without a jury and the above decision was reached.

☒ decided by Judge Sharon Johnson Coleman on a motion for dismissal by defendant
.

Date: Dec 10, 2010

Michael W. Dobbins, Clerk of Court

/s

APPEAL, MASON, PROTO, TERMED

**United States District Court**
**Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Chicago)**
**CIVIL DOCKET FOR CASE #: 1:10-cv-01955**
**Internal Use Only**

Goldfein v. Brown et al
Assigned to: Honorable Sharon Johnson Coleman
Cause: 28:1332 Diversity-Breach of Fiduciary Duty

Date Filed: 03/29/2010
Date Terminated: 12/09/2010
Jury Demand: Plaintiff
Nature of Suit: 160 Contract: Stockholders Suits
Jurisdiction: Diversity

**Plaintiff**

**Fredric Goldfein**
*derivatively on behalf of Nominal Defendant Motorola, Inc.*

represented by **James T. Crotty**
James T. Crotty & Associates
208 S LaSalle St
Suite 1750
Chicago, IL 60604
312-623-1599
Email: jamestcrotty@aol.com
*ATTORNEY TO BE NOTICED*

**Rowena T. Parma**
Edward T. Joyce & Associates P.C.
135 S. LaSalle Street
Suite 2200
Chicago, IL 60603
(312) 641-2600
Fax: (312) 641-0360
Email: rparma@joycelaw.com
*ATTORNEY TO BE NOTICED*

**William B Federman**
Federman & Sherwood
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560
Fax: (405) 239-2112
Email: wbf@federmanlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory Q Brown**

represented by **Elizabeth Leise**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004
202 942 5000
Email: elizabeth_leise@aporter.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC 20004
(202) 942-5000
Email: james.thomas@aporter.com
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
Arnold & Porter LLP
555 12th St. NW
Washington, DC 20004
(202) 942-5977
Email: sean.laane@aporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David W. Dorman** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**H Laurance Fuller** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Judy C Lewent** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas J Meredith** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nicholas Negroponte** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Indra K Nooyi** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Samuel C Scott, III** | represented by | **Elizabeth Leise**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**James W. Thomas , Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**M. Sean Laane**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Ron Sommer** | represented by | **Elizabeth Leise**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**James W. Thomas , Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**M. Sean Laane**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Anthony J Vinciquerra** | represented by | **Elizabeth Leise**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**James W. Thomas , Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**M. Sean Laane**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Douglas A. Warner, III**<br>*also known as*<br>Douglas A Warner | represented by | **Elizabeth Leise**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**James W. Thomas , Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**M. Sean Laane** |

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John A White** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Miles D White** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James R Stengel** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edward J Zander** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Motorola Inc** represented by **J. Timothy Eaton**
Shefsky & Froelich Ltd
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 527-4000
Fax: (312) 527-5921
Email: teaton@shefskylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erin K. Lynch**
Shefsky & Froelich Ltd
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
312-527-4000
Email: elynch@shefskylaw.com
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Jean Williams** represented by **Rowena T. Parma**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Gary Cinotto** represented by **Rowena T. Parma**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2010 | 1 | COMPLAINT filed by Fredric Goldfein; Jury Demand. Filing fee $ 350, receipt number 0752-4663169.(Crotty, James) (Entered: 03/29/2010) |
| 03/29/2010 | 2 | CIVIL Cover Sheet (Crotty, James) (Entered: 03/29/2010) |
| 03/29/2010 | | CASE ASSIGNED to the Honorable Ronald A. Guzman. Designated as Magistrate Judge the Honorable Michael T. Mason. (vcf, ) (Entered: 03/29/2010) |
| 03/29/2010 | 3 | ATTORNEY Appearance for Plaintiff Fredric Goldfein by James T. Crotty (Crotty, James) (Entered: 03/29/2010) |
| 03/30/2010 | 4 | MINUTE entry before Judge Guzman: The Court orders the parties to appear for an initial status hearing. All parties shall refer to and comply with Judge Guzman's requirements for the initial appearance as outlined in Judge Guzman's case management procedures, which can be found at: www.ilnd.uscourts.gov. Status hearing set for 5/28/2010 at 09:30 AM. Mailed notice (cjg, ) (Entered: 03/30/2010) |
| 05/25/2010 | 5 | MINUTE entry before Honorable Ronald A. Guzman: Status hearing reset to 6/11/2010 at 09:30 AM. on Court's own motion. Mailed notice (cjg, ) (Entered: 05/25/2010) |
| 06/09/2010 | 6 | ATTORNEY Appearance for Defendant Motorola Inc by J. Timothy Eaton (Eaton, J.) (Entered: 06/09/2010) |
| 06/09/2010 | 7 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4898951. (Thomas, James) (Entered: 06/09/2010) |
| 06/10/2010 | 8 | MINUTE entry before Honorable Ronald A. Guzman:Application for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4898951. (Thomas, James) 7 is granted. Status hearing reset to 6/11/2010 at 09:00 AM. NOTE TIME CHANGE ONLY. Mailed notice (cjg, ) (Entered: 06/10/2010) |
| 06/11/2010 | 9 | MINUTE entry before Honorable Ronald A. Guzman: Status hearing held on 6/11/2010. Fact discovery ordered closed by 10/8/2010. No extensions. Status hearing set for 10/13/2010 at 09:30 AM. Mailed notice (cjg, ) (Entered: 06/11/2010) |
| 06/11/2010 | 10 | MINUTE entry before Honorable Ronald A. Guzman: Minute entry dated 6/11/10 [doc. no. 9] is amended to read as follows: Status hearing held on 6/11/2010. Fact discovery ordered closed by 10/8/2010. NO EXTENSIONS. Status hearing set for 10/13/2010 at 09:30 AM. All discovery disputes are referred to Magistrate Judge Mason without authority to move fact discovery closing date. Mailed notice (cjg, ) (Entered: 06/11/2010) |
| 06/14/2010 | | (Court only) ***Attorney James W. Thomas, Jr for Gregory Q Brown,James W. Thomas, Jr for David W. Dorman,James W. Thomas, Jr for H Laurance Fuller,James W. Thomas, Jr for Judy C Lewent,James W. Thomas, Jr for Thomas J Meredith,James W. Thomas, Jr for Motorola Inc,James W. Thomas, Jr for Nicholas Negroponte,James W. Thomas, Jr for Indra K Nooyi,James W. Thomas, Jr for Samuel C Scott, III,James W. Thomas, Jr for Ron Sommer,James W. Thomas, Jr for James R Stengel,James W. Thomas, Jr for Anthony J Vinciquerra,James W. Thomas, Jr for Douglas A. Warner, III,James W. Thomas, Jr for John A White,James W. Thomas, Jr for Miles D White,James W. Thomas, Jr for Edward J Zander added. (vcf, ) (Entered: 06/14/2010) |
| 06/15/2010 | 31 | EXECUTIVE COMMITTEE ORDER: Case referred to the Honorable Michael T. Mason for all discovery motions and discovery supervision Signed by Executive Committee on 6/15/2010.(vcf,) (Entered: 06/21/2010) |
| 06/16/2010 | 11 | WAIVER OF SERVICE returned executed by Gregory Q Brown. Gregory Q Brown waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010) |

| | | |
|---|---|---|
| 06/16/2010 | 12 | WAIVER OF SERVICE returned executed by David W. Dorman. David W. Dorman waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010) |
| 06/16/2010 | 13 | WAIVER OF SERVICE returned executed by H Laurance Fuller. H Laurance Fuller waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010) |
| 06/16/2010 | 14 | WAIVER OF SERVICE returned executed by Judy C Lewent. Judy C Lewent waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010) |
| 06/16/2010 | 15 | WAIVER OF SERVICE returned executed by Thomas J Meredith. Thomas J Meredith waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010) |
| 06/16/2010 | 16 | WAIVER OF SERVICE returned executed by Motorola Inc. Motorola Inc waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010) |
| 06/16/2010 | 17 | WAIVER OF SERVICE returned executed by Nicholas Negroponte. Nicholas Negroponte waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010) |
| 06/16/2010 | 18 | WAIVER OF SERVICE returned executed by Indra K Nooyi. Indra K Nooyi waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010) |
| 06/16/2010 | 19 | WAIVER OF SERVICE returned executed by Samuel C Scott, III. Samuel C Scott, III waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010) |
| 06/16/2010 | 20 | WAIVER OF SERVICE returned executed by Ron Sommer. Ron Sommer waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010) |
| 06/16/2010 | 21 | WAIVER OF SERVICE returned executed by James R Stengel. James R Stengel waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010) |
| 06/16/2010 | 22 | WAIVER OF SERVICE returned executed by Anthony J Vinciquerra. Anthony J Vinciquerra waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010) |
| 06/16/2010 | 23 | WAIVER OF SERVICE returned executed by Douglas A. Warner, III. Douglas A. Warner, III waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010) |
| 06/16/2010 | 24 | WAIVER OF SERVICE returned executed by John A White. John A White waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010) |
| 06/16/2010 | 25 | WAIVER OF SERVICE returned executed by Miles D White. Miles D White waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010) |
| 06/16/2010 | 26 | WAIVER OF SERVICE returned executed by Edward J Zander. Edward J Zander waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010) |
| 06/16/2010 | 27 | MOTION by Defendants Anthony J Vinciquerra, Nicholas Negroponte, Motorola Inc, Gregory Q Brown, Edward J Zander, John A White, Thomas J Meredith, David W. Dorman, Samuel C Scott, III, Douglas A. Warner, III, James R Stengel, Miles D White, Indra K Nooyi, H Laurance Fuller, Ron Sommer, Judy C Lewent to dismiss *Verified Shareholder Complaint* (Thomas, James) (Entered: 06/16/2010) |
| 06/16/2010 | 28 | MEMORANDUM by Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White, Miles D White, Edward J Zander in support of motion to dismiss, 27 *Verified Shareholder Derivative Complaint* (Attachments: # 1 Exhibit, # 2 Exhibit) (Thomas, James) (Entered: 06/16/2010) |
| 06/16/2010 | 29 | MOTION by Defendants Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C |

| | | |
|---|---|---|
| | | Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White, Miles D White, Edward J Zander for leave to file excess pages *in Defendants' Memorandum in Support of Motion to Dismiss Verified Shareholder Derivative Complaint* (Thomas, James) (Entered: 06/16/2010) |
| 06/16/2010 | 30 | NOTICE of Motion by James W. Thomas, Jr for presentment of motion for leave to file excess pages, 29 , motion to dismiss, 27 before Honorable Ronald A. Guzman on 6/24/2010 at 08:30 AM. (Thomas, James) (Entered: 06/16/2010) |
| 06/22/2010 | 32 | MINUTE entry before Honorable Michael T. Mason:This matter having been referred to Magistrate Judge Mason, an initial status hearing is set for 7/13/10 at 09:00 a.m. in courtroom 2266. Parties shall file a joint status report as required by this Court's Standing Order by 7/8/10. Courtesy copy to be delivered to chambers, room 2270. Mailed notice. (rbf, ) (Entered: 06/22/2010) |
| 06/23/2010 | 33 | MINUTE entry before Honorable Ronald A. Guzman: Notices of motions set for 6/23/10 are stricken. Motion by Defendants Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White, Miles D White, Edward J Zander for leave to file excess pages in Defendants' Memorandum in Support of Motion to Dismiss Verified Shareholder Derivative Complaint 29 is granted to and including 28 pages. Plaintiff's response to motion to dismiss may exceed the page limit up to and including 28 pages. Set deadlines as to motion by Defendants Anthony J Vinciquerra, Nicholas Negroponte, Motorola Inc, Gregory Q Brown, Edward J Zander, John A White, Thomas J Meredith, David W. Dorman, Samuel C Scott, III, Douglas A. Warner, III, James R Stengel, Miles D White, Indra K Nooyi to dismiss Verified Shareholder Complaint 27 : Response due by 7/14/2010. Reply due by 7/28/2010. Ruling to be by mail. Mailed notice (cjg, ) (Entered: 06/23/2010) |
| 06/28/2010 | 34 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4956971. (Federman, William) (Entered: 06/28/2010) |
| 06/28/2010 | 35 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4957152. (Leise, Elizabeth) (Entered: 06/28/2010) |
| 06/28/2010 | 36 | MOTION by Defendants Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White, Miles D White, Edward J Zander to stay *discovery pending resolution of motion to dismiss* (Attachments: # 1 Exhibit Ex. A (Mem. in Supp. of MTD), # 2 Exhibit Ex. B (6/11/2010 letter))(Thomas, James) (Entered: 06/28/2010) |
| 06/28/2010 | 37 | NOTICE of Motion by James W. Thomas, Jr for presentment of motion to stay, 36 before Honorable Michael T. Mason on 7/1/2010 at 09:00 AM. (Thomas, James) (Entered: 06/28/2010) |
| 06/28/2010 | 38 | MINUTE entry before Honorable Michael T. Mason: This Court has received a courtesy copy of defendants' motion to stay discovery pending resolution of defendants' motion to dismiss 36 . Defendants' motion to stay 36 is granted in part as follows. The 7/13/10 initial status hearing is stricken; no appearance is necessary on that date. The parties shall nonetheless file their joint status report as required by this Court's Standing Order by 7/8/10. Under the scope of the District Court's referral, this Court does not have jurisdiction to stay discovery in this matter [see 10, 31]. As a result, defendants may re-notice the remainder of their motion before the District Court. The motion hearing date of 7/1/10 is stricken; no appearance is necessary on that date.Mailed notice (rbf, ) (Entered: 06/28/2010) |

| | | |
|---|---|---|
| 06/28/2010 | 39 | NOTICE of Motion by James W. Thomas, Jr for presentment of before Honorable Ronald A. Guzman on 7/1/2010 at 08:30 AM. (Thomas, James) (Entered: 06/28/2010) |
| 06/29/2010 | 40 | MINUTE entry before Honorable Ronald A. Guzman: Application for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4956971. (Federman, William) 34 is granted. Application for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4957152. (Leise, Elizabeth) 35 is granted. Mailed notice (cjg, ) (Entered: 06/29/2010) |
| 06/29/2010 | 41 | ATTORNEY Appearance for Defendant Motorola Inc by Erin K. Lynch (Lynch, Erin) (Entered: 06/29/2010) |
| 06/30/2010 | 42 | MINUTE entry before Honorable Ronald A. Guzman: Set hearing as to motion by Defendants Anthony J Vinciquerra, Nicholas Negroponte, Motorola Inc, Gregory Q Brown, Edward J Zander, John A White, Thomas J Meredith, David W. Dorman, Samuel C Scott, III, Douglas A. Warner, III, James R Stengel, Miles D White, Indra K Nooyi, H Laurance Fuller, Ron Sommer, Judy C Lewent to dismiss Verified Shareholder Complaint 27 : Motion Hearing set for 7/1/2010 at 08:30 AM. Mailed notice (cjg, ) (Entered: 06/30/2010) |
| 07/01/2010 | 43 | MINUTE entry before Honorable Ronald A. Guzman: Motion hearing held on 7/1/10. Motion by Defendants Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White, Miles D White, Edward J Zander to stay discovery pending resolution of motion to dismiss 36 is denied. Mailed notice (cjg, ) (Entered: 07/01/2010) |
| 07/08/2010 | 44 | STATUS Report *(Joint)* by Gregory Q Brown, David W. Dorman, H Laurance Fuller, Fredric Goldfein, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White, Miles D White, Edward J Zander (Leise, Elizabeth) (Entered: 07/08/2010) |
| 07/12/2010 | 45 | MINUTE entry before Honorable Michael T. Mason: Status hearing set for 7/20/2010 at 09:00 a.m. in courtroom 2266. Mailed notice. (rbf, ) (Entered: 07/12/2010) |
| 07/12/2010 | 46 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5002911. (Laane, M. Sean) (Entered: 07/12/2010) |
| 07/14/2010 | 47 | RESPONSE by Fredric Goldfeinin Opposition to MOTION by Defendants Anthony J Vinciquerra, Nicholas Negroponte, Motorola Inc, Gregory Q Brown, Edward J Zander, John A White, Thomas J Meredith, David W. Dorman, Samuel C Scott, III, Douglas A. Warner, III, James R Stengel, Miles D White, Indra K Nooyi 27 (Crotty, James) (Entered: 07/14/2010) |
| 07/14/2010 | 48 | NOTICE by Fredric Goldfein re response in opposition to motion, 47 (Crotty, James) (Entered: 07/14/2010) |
| 07/20/2010 | 49 | MINUTE entry before Honorable Michael T. Mason: Status hearing held and continued to 9/8/10 at 9:00 am. The parties report that defendants have produced to plaintiff in this matter approximately three million pages of documents previously produced in other federal securities and consolidated derivative actions. By 7/27/10, the parties shall submit a proposed agreed confidentiality and protective order with their e-signatures in WordPerfect format to this Court's proposed order e-mail address. The parties are reminded that such proposed protective order must comply with the requirements set forth by the Seventh Circuit as well as this Court's Case Management Procedure regarding Protective Orders. By 8/3/10, the parties shall hold their Rule 26 conference, which shall include a discussion of whether future discovery shall include electronically stored information ("ESI"). In the event that any party anticipates future discovery will include ESI, the parties shall review this Court's Standing Order for Electronic Discovery and shall file their agreement regarding ESI by 8/10/10.Mailed notice. (rbf, ) (Entered: 07/20/2010) |

| | | |
|---|---|---|
| 07/26/2010 | 50 | MINUTE entry before Honorable Michael T. Mason: This Court has received the parties' proposed agreed confidentiality and protective order. The parties' proposal must be amended to comply with the Seventh Circuit's and this Court's requirement that any proposed protective order provide an explicit procedure under which an interested member of the public may challenge the confidential designation of particular documents. By 8/2/10, the parties shall submit to this Court's proposed order e-mail address an amended proposed agreed confidentiality and protective order that conforms with this requirement and includes their e-signatures in WordPerfect format. (rbf, ) (Entered: 07/26/2010) |
| 07/28/2010 | 51 | REPLY by Defendants Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White, Miles D White, Edward J Zander to motion to dismiss, 27 (Attachments: # 1 Exhibit Exhibits A-C)(Leise, Elizabeth) (Entered: 07/28/2010) |
| 08/10/2010 | 52 | STATUS Report *(Joint)* by Gregory Q Brown, David W. Dorman, H Laurance Fuller, Fredric Goldfein, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White, Miles D White, Edward J Zander (Leise, Elizabeth) (Entered: 08/10/2010) |
| 08/13/2010 | 53 | STIPULATED CONFIDENTIALITY AND PROTECTIVE Order Signed by the Honorable Michael T. Mason on 8/13/2010.(rbf, ) (Entered: 08/13/2010) |
| 09/07/2010 | 55 | EXECUTIVE COMMITTEE ORDER: It appearing that, pursuant to the Executive Committee Order entered on August 23, 2010, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Sharon Johnson Coleman, therefore IT IS HEREBY ORDERED That the attached list of 264 cases be reassigned to the Honorable Sharon Johnson Coleman. IT IS FURTHER ORDERED that this order shall become effective on Wednesday, September 8, 2010. Mailed notices.(ef, ) (Entered: 09/08/2010) |
| 09/08/2010 | 54 | MINUTE entry before Honorable Michael T. Mason:Status hearing held and continued to 09/15/10 at 9:00 am. As stated on the record, counsel for the parties are directed to meet and confer regarding Plaintiff's notice of Rule 30(b)(6) deposition. The parties are to bring any issues related to this deposition to the Court's attention at the next status hearing. The parties are reminded that fact discovery closes on 10/08/10. Mailed notice. (rbf, ) (Entered: 09/08/2010) |
| 09/10/2010 | 56 | MINUTE entry before Honorable Sharon Johnson Coleman:This case has been reassigned to the calendar of Judge Sharon Johnson Coleman. The parties are directed to meet and discuss the status of the case. The parties are to file a joint status report by 9/24/2010 in the form described in the courts webpage at http://www.ilnd.uscourts.gov/home/_assets/_documents/webdocs/coleman/InitialStatus.pdf. All pending status or hearing dates before the previously assigned district judge are vacated. All other dates to stand pending further order.Mailed notice (keg, ) (Entered: 09/10/2010) |
| 09/10/2010 | 57 | NOTICE of Correction regarding text entry,, 56 Correction to Judge Colemans web address: http://www.ilnd.uscourts.gov/home/_assets/_documents/webdocs/coleman/InitailStatus.pdf (air, ) (Entered: 09/10/2010) |
| 09/14/2010 | 58 | MINUTE entry before Honorable Ronald A. Guzman:Status hearing set for 10/13/10 is stricken. Mailed notice (cjg, ) (Entered: 09/14/2010) |
| 09/15/2010 | 59 | MINUTE entry before Honorable Michael T. Mason:Status hearing held and continued to 10/7/10 at 9:00 am. With respect to plaintiff's notice of Rule 30(b)(6) deposition, the parties |

| | | |
|---|---|---|
| | | report that defense counsel will provide plaintiff's counsel with a letter containing information requested by plaintiff, after which plaintiff shall decide whether additional discovery is required. The parties are again reminded that fact discovery closes on 10/08/10 and advised to work diligently to complete discovery. (rbf, ) (Entered: 09/15/2010) |
| 09/21/2010 | 60 | MOTION by Defendants Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White, Miles D White, Edward J Zander for protective order (Leise, Elizabeth) (Entered: 09/21/2010) |
| 09/21/2010 | 61 | NOTICE of Motion by Elizabeth Leise for presentment of motion for protective order, 60 before Honorable Sharon Johnson Coleman on 9/28/2010 at 08:45 AM. (Leise, Elizabeth) (Entered: 09/21/2010) |
| 09/23/2010 | 62 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5245823. (Sherrill, Jennifer) (Entered: 09/23/2010) |
| 09/23/2010 | 63 | STATUS Report *(Joint)* by Gregory Q Brown, David W. Dorman, H Laurance Fuller, Fredric Goldfein, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White (Leise, Elizabeth) (Entered: 09/23/2010) |
| 09/23/2010 | 64 | RESPONSE by Fredric Goldfein to MOTION by Defendants Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III 60 *for Protective Order* (Federman, William) (Entered: 09/23/2010) |
| 09/24/2010 | 65 | ATTORNEY Appearance for Plaintiff Fredric Goldfein by Rowena T. Parma (Parma, Rowena) (Entered: 09/24/2010) |
| 09/24/2010 | 66 | RESPONSE by Fredric Goldfeinin Opposition to MOTION by Defendants Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III 60 (Parma, Rowena) (Entered: 09/24/2010) |
| 09/24/2010 | 67 | Notice of Withdrawal by Jean Williams, Gary Cinotto (Parma, Rowena) (Entered: 09/24/2010) |
| 09/24/2010 | 68 | ATTORNEY Appearance for Third Party Plaintiffs Gary Cinotto, Jean Williams by Rowena T. Parma (Parma, Rowena) (Entered: 09/24/2010) |
| 09/24/2010 | 69 | RESPONSE by Gary Cinotto, Jean Williams in Opposition to MOTION by Defendants Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III 60 (Parma, Rowena) (Entered: 09/24/2010) |
| 09/27/2010 | 70 | RESPONSE by Plaintiff Fredric Goldfein to response in opposition to motion, 69 (Federman, William) (Entered: 09/27/2010) |
| 09/28/2010 | 71 | MINUTE entry before Honorable Sharon Johnson Coleman:State plaintiffs' opposition to defendants' motion for a protective order 69 heard on 9/28/2010 is stricken because state plaintiffs failed to properly intervene. Defendant's motion for protective order 60 is entered and continued. By agreement of the parties, hearing date on the motion to dismiss is set for 11/12/2010 at 1:00 PM.Mailed notice (keg, ) (Entered: 09/28/2010) |

| | | |
|---|---|---|
| 10/07/2010 | 72 | MINUTE entry before Honorable Michael T. Mason: Case called for status hearing. Counsel for all parties failed to appear. Counsel are instructed to report to Judge Mason's chambers, room 2270 immediately following their 11/12/10 hearing before the District Court to inform this Court of the status of discovery. Mailed notice. (rbf, ) (Entered: 10/07/2010) |
| 10/26/2010 | 73 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5358099. (Laane, M. Sean) (Entered: 10/26/2010) |
| 11/09/2010 | 74 | MOTION by Plaintiff Fredric Goldfein to continue *hearing on Defendants' Motion to Dismiss* (Federman, William) (Entered: 11/09/2010) |
| 11/09/2010 | 75 | MINUTE entry before Honorable Sharon Johnson Coleman:Plaintiff's motion to continue 74 is granted with no appearance required on 11/12/2010. Hearing on Motion to Dismiss is set for 12/3/2010 at 11:00 AM.Mailed notice (keg, ) (Entered: 11/09/2010) |
| 11/09/2010 | 76 | MINUTE entry before Honorable Sharon Johnson Coleman: Motion for pro hac vice 73 is granted.Mailed notice (vcf, ) (Entered: 11/10/2010) |
| 11/09/2010 | 79 | MINUTE entry before Honorable Sharon Johnson Coleman: Motion for pro hac vice 73 is granted. Mailed notice (vcf, ) (Entered: 12/13/2010) |
| 11/15/2010 | 77 | MINUTE entry before Honorable Michael T. Mason: Counsel shall jointly report to Judge Mason's chambers immediately following their hearing before the District Court on 12/3/10. Mailed notice. (rbf, ) (Entered: 11/15/2010) |
| 12/03/2010 | 78 | MINUTE entry before Honorable Sharon Johnson Coleman:In court hearing held on 12/3/2010 on plaintiff's motion to dismiss 74 . The motion is taken under advisement and the Court will have a ruling by 12/10/2010. If future status dates are necessary, it will be reflected in order. Mailed notice (keg, ) (Entered: 12/03/2010) |
| 12/09/2010 | | (Court only) ***Civil Case Terminated. (vcf, ) (Entered: 12/13/2010) |
| 12/10/2010 | 80 | MINUTE entry before Honorable Sharon Johnson Coleman: Defendant's motion to dismiss 27 is granted. The case is dismissed. Enter Memorandum Opinion and Order. Mailed notice (vcf, ) (Entered: 12/13/2010) |
| 12/10/2010 | 81 | ENTERED JUDGMENT.Mailed notice(vcf, ) (Entered: 12/13/2010) |
| 12/10/2010 | 82 | MEMORANDUM Opinion and Order Signed by the Honorable Sharon Johnson Coleman on 12/10/2010. Mailed notice(vcf, ) (Entered: 12/13/2010) |
| 12/14/2010 | 83 | MINUTE entry before Honorable Michael T. Mason: The District Court terminated this case on 12/9/10. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. Judge Michael T. Mason no longer referred to the case. (rbf, ) (Entered: 12/14/2010) |
| 01/03/2011 | 84 | NOTICE of appeal by Fredric Goldfein regarding orders 82 , 81 Filing fee $ 455, receipt number 0752-5568163. (Federman, William) (Entered: 01/03/2011) |
| 01/03/2011 | 85 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 01/03/2011) |