No. 11-1007

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| FREDERIC GOLDFEIN, derivatively on behalf of Nominal Defendant Motorola, Inc., Plaintiff-Appellant, | On Appeal from the United States District Court for the Northern District Of Illinois, Eastern Division |
| v. | Case No. 1:10-cv-01955 |
| GREGORY BROWN, et al. | Judge Sharon Johnson Coleman |
| Defendants-Appelles, | Magistrate Judge Michael T. Mason |

**PLAINTIFF-APPELLANT'S DOCKETING STATEMENT**

Plaintiff-Appellants Frederic Goldfein ("Goldfein") respectfully submits this docketing statement pursuant to Circuit Rules 3(c)(1) and 28(a).

## I. Jurisdictional Statement

1. Plaintiff's claims in this action arise under common law breach of fiduciary duty, waste of corporate assets and unjust enrichment. Plaintiff commenced this action on March 29, 2010, by filing a Verified Shareholder Derivative Complaint. The Complaint is a shareholder derivative action brought on behalf of Motorola, Inc. seeking redress for the breaches of fiduciary duty committed by certain officers and directors of Motorola, Inc. The district court's jurisdiction over the subject matter of this action arose under 28 U.S.C. § 1332(a)(2).

2. The Jurisdictional Amount is in excess of $75,000, exclusive of interest and costs.

3. The citizenship of each party to the litigation is as follows:

a. Plaintiff, Fredric Goldfein, is a citizen of the Commonwealth of Pennsylvania.

b. Nominal Defendant-Appellee Motorola is a corporation organized under the laws of the State of Delaware and is headquartered in Schaumburg, Illinois.

c. Defendant-Appellee Gregory Q. Brown is a citizen of the State of Illinois.

d. Defendant-Appellee David W. Dorman is a citizen of the State of California.

e. Defendant-Appellee H. Laurance Fuller is a citizen of the State of Illinois.

f. Defendant-Appellee Judy C. Lewent is a citizen of the State of New Jersey.

g. Defendant-Appellee Thomas J. Meredith is a citizen of the State of Texas.

h. Defendant-Appellee Nicholas Negroponte is a citizen of the State of Massachusetts.

i. Defendant-Appellee Indra K. Nooyi is a citizen of the State of New York.

j. Defendant-Appellee Samuel C. Scott, III is a citizen of the State of Illinois.

k. Defendant-Appellee Ron Sommer is a citizen of the State of Illinois.

l. Defendant-Appellee Anthony J. Vinciquerra is a citizen of the State of California.

m. Defendant-Appellee Douglas A. Warner, III is a citizen of the State of New York.

n. Defendant-Appellee John A. White is a citizen of the State of Arkansas.

o. Defendant-Appellee Miles D. White is a citizen of the State of Illinois.

p. Defendant-Appellee James R. Stengel is a citizen of the State of Ohio.

q. Defendant-Appellee Edward J. Zander is a citizen of the State of California.

4. On December 10, 2010, the district court issued a Memorandum Opinion and Order (the "December 10 Order") granting Defendants-Appellees' Motion to Dismiss Verified Shareholder Derivative Complaint or in the Alternative to Stay Pending Decision in Consolidated Derivative State Court Action. (Docket No. 28.) The December 10 Order dismissed Plaintiff-Appellant's claims in their entirety.

5. Plaintiff-Appellant filed his Notice of Appeal on January 3, 2011, within 30 days from entry of the December 10 Order. This Court therefore has jurisdiction over this matter pursuant to 28 U.S.C. § 1291.

## II. Claims and Parties that Remain for Disposition in the District Court

6. There are no claims or parties that remain for disposition in the District Court.

## III. Parties to the Litigation Appearing in Their Official Capacity

7. There are no Parties to the Litigation appearing in their Official Capacity.

## IV. Related Appeals

8. There are no related appeals.

Dated: January 10, 2011

Respectfully submitted,

s/ William B. Federman
James T. Crotty, Esq.
James T. Crotty & Associates
208 S. LaSalle St. – Suite 1750
Chicago, IL 60604-1170
Telephone: 312-623-1599
Facsimile: 312-553-1586
jamescrotty@aol.com

and

William B. Federman, Esq.
Federman & Sherwood
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

*Counsel for Plaintiff-Appellant Fredric Goldfein*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2011, a copy of the foregoing Plaintiff-Appellant's Docketing Statement was filed electronically in the Court's CM/ECF system, accomplishing service on all parties. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/James T. Crotty
James T. Crotty, Esq.
James T. Crotty & Associates
208 S. LaSalle St. – Suite 1750
Chicago, IL 60604-1170
Telephone: 312-623-1599