**United States DistrictCourt**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS**

**CLERK 312-435-5670**

**January 18, 2011**

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: ***Goldfein -v- Brown***

U.S.D.C. DOCKET NO***. 10 cv 1955***

U.S.C.A. DOCKET NO. : ***11-1007***

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

ELECTRONIC VOLUME(s) OF PLEADING(S): ***1***

ELECTRONIC VOLUME(S) of TRANSCRIPTS:

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S)

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By /s/ D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

***1 Volume of Pleadings***

In the cause entitled: Goldfein -v- Brown.

USDC NO. : 10 cv 1955

USCA NO. : 11-1007

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 18th day of Jan. 2011.

MICHAEL W. DOBBINS, CLERK

By: /s/ D. Jordan, Deputy Clerk

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/ D. JORDAN
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: JANUARY 18, 2011

APPEAL, MASON, PROTO, TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:10-cv-01955
# Internal Use Only

Goldfein v. Brown et al
Assigned to: Honorable Sharon Johnson Coleman
Case in other court: 11-01007
Cause: 28:1332 Diversity-Breach of Fiduciary Duty

Date Filed: 03/29/2010
Date Terminated: 12/09/2010
Jury Demand: Plaintiff
Nature of Suit: 160 Contract: Stockholders Suits
Jurisdiction: Diversity

**Plaintiff**

**Fredric Goldfein**
*derivatively on behalf of Nominal Defendant Motorola, Inc.*

represented by

**James T. Crotty**
James T. Crotty & Associates
208 S LaSalle St
Suite 1750
Chicago, IL 60604
312-623-1599
Email: jamestcrotty@aol.com
*ATTORNEY TO BE NOTICED*

**Rowena T. Parma**
Edward T. Joyce & Associates P.C.
135 S. LaSalle Street
Suite 2200
Chicago, IL 60603
(312) 641-2600
Fax: (312) 641-0360
Email: rparma@joycelaw.com
*ATTORNEY TO BE NOTICED*

**William B Federman**
Federman & Sherwood
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560
Fax: (405) 239-2112

Email: wbf@federmanlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory Q Brown** represented by

**Elizabeth Leise**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004
202 942 5000
Email: elizabeth_leise@aporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC 20004
(202) 942-5000
Email: james.thomas@aporter.com
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
Arnold & Porter LLP
555 12th St. NW
Washington, DC 20004
(202) 942-5977
Email: sean.laane@aporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David W. Dorman** represented by

**Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**H Laurance Fuller** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Judy C Lewent** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas J Meredith** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nicholas Negroponte** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Indra K Nooyi** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samuel C Scott, III** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ron Sommer** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anthony J Vinciquerra** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Douglas A. Warner, III**
*also known as*
Douglas A Warner

represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John A White**

represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Miles D White**

represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James R Stengel** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edward J Zander** represented by **Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Motorola Inc** represented by **J. Timothy Eaton**
Shefsky & Froelich Ltd
111 East Wacker Drive
Suite 2800

Chicago, IL 60601
(312) 527-4000
Fax: (312) 527-5921
Email: teaton@shefskylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Leise**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erin K. Lynch**
Shefsky & Froelich Ltd
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
312-527-4000
Email: elynch@shefskylaw.com
*ATTORNEY TO BE NOTICED*

**James W. Thomas , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Sean Laane**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Jean Williams** represented by **Rowena T. Parma**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Gary Cinotto** represented by **Rowena T. Parma**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2010 | 1 | COMPLAINT filed by Fredric Goldfein; Jury Demand. Filing fee $ 350, receipt number 0752-4663169.(Crotty, James) (Entered: 03/29/2010) |
| 03/29/2010 | 2 | CIVIL Cover Sheet (Crotty, James) (Entered: 03/29/2010) |
| 03/29/2010 | | CASE ASSIGNED to the Honorable Ronald A. Guzman. Designated as Magistrate Judge the Honorable Michael T. Mason. (vcf, ) (Entered: 03/29/2010) |
| 03/29/2010 | 3 | ~~ATTORNEY Appearance for Plaintiff Fredric Goldfein by James T. Crotty (Crotty, James) (Entered: 03/29/2010)~~ |
| 03/30/2010 | 4 | MINUTE entry before Judge Guzman: The Court orders the parties to appear for an initial status hearing. All parties shall refer to and comply with Judge Guzman's requirements for the initial appearance as outlined in Judge Guzman's case management procedures, which can be found at: www.ilnd.uscourts.gov. Status hearing set for 5/28/2010 at 09:30 AM. Mailed notice (cjg, ) (Entered: 03/30/2010) |
| 05/25/2010 | 5 | ~~MINUTE entry before Honorable Ronald A. Guzman: Status hearing reset to 6/11/2010 at 09:30 AM. on Court's own motion. Mailed notice (cjg, ) (Entered: 05/25/2010)~~ |
| 06/09/2010 | 6 | ~~ATTORNEY Appearance for Defendant Motorola Inc by J. Timothy Eaton (Eaton, J.) (Entered: 06/09/2010)~~ |
| 06/09/2010 | 7 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4898951. (Thomas, James) (Entered: 06/09/2010) |
| 06/10/2010 | 8 | MINUTE entry before Honorable Ronald A. Guzman: Application for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4898951. (Thomas, James) 7 is granted. Status hearing reset to 6/11/2010 at 09:00 AM. NOTE TIME CHANGE ONLY. Mailed notice (cjg, ) (Entered: 06/10/2010) |
| 06/11/2010 | 9 | MINUTE entry before Honorable Ronald A. Guzman: Status hearing held on 6/11/2010. Fact discovery ordered closed by 10/8/2010. No extensions. Status hearing set for 10/13/2010 at 09:30 AM. Mailed notice (cjg, ) (Entered: 06/11/2010) |
| 06/11/2010 | 10 | MINUTE entry before Honorable Ronald A. Guzman: Minute entry dated 6/11/10 [doc. no. 9] is amended to read as follows: Status hearing held on 6/11/2010. Fact discovery ordered closed by 10/8/2010. NO EXTENSIONS. Status hearing set for 10/13/2010 at 09:30 AM. All discovery disputes are referred to Magistrate Judge Mason without authority to move fact discovery closing date. Mailed notice (cjg, ) (Entered: 06/11/2010) |
| 06/14/2010 | | (Court only) ***Attorney James W. Thomas, Jr for Gregory Q Brown,James W. Thomas, Jr for David W. Dorman,James W. Thomas, Jr for H Laurance Fuller,James W. Thomas, Jr for Judy C Lewent,James W. Thomas, Jr for Thomas J Meredith,James W. Thomas, Jr for Motorola Inc,James W. |

| | | |
|---|---|---|
| | | Thomas, Jr for Nicholas Negroponte,James W. Thomas, Jr for Indra K Nooyi,James W. Thomas, Jr for Samuel C Scott, III,James W. Thomas, Jr for Ron Sommer,James W. Thomas, Jr for James R Stengel,James W. Thomas, Jr for Anthony J Vinciquerra,James W. Thomas, Jr for Douglas A. Warner, III,James W. Thomas, Jr for John A White,James W. Thomas, Jr for Miles D White,James W. Thomas, Jr for Edward J Zander added. (vcf, ) (Entered: 06/14/2010) |
| 06/15/2010 | 31 | EXECUTIVE COMMITTEE ORDER: Case referred to the Honorable Michael T. Mason for all discovery motions and discovery supervision Signed by Executive Committee on 6/15/2010.(vcf,) (Entered: 06/21/2010) |
| 06/16/2010 | 11 | ~~WAIVER OF SERVICE returned executed by Gregory Q Brown. Gregory Q Brown waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010)~~ |
| 06/16/2010 | 12 | ~~WAIVER OF SERVICE returned executed by David W. Dorman. David W. Dorman waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010)~~ |
| 06/16/2010 | 13 | ~~WAIVER OF SERVICE returned executed by H Laurance Fuller. H Laurance Fuller waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010)~~ |
| 06/16/2010 | 14 | ~~WAIVER OF SERVICE returned executed by Judy C Lewent. Judy C Lewent waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010)~~ |
| 06/16/2010 | 15 | ~~WAIVER OF SERVICE returned executed by Thomas J Meredith. Thomas J Meredith waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010)~~ |
| 06/16/2010 | 16 | ~~WAIVER OF SERVICE returned executed by Motorola Inc. Motorola Inc waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010)~~ |
| 06/16/2010 | 17 | ~~WAIVER OF SERVICE returned executed by Nicholas Negroponte. Nicholas Negroponte waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010)~~ |
| 06/16/2010 | 18 | ~~WAIVER OF SERVICE returned executed by Indra K Nooyi. Indra K Nooyi waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010)~~ |
| 06/16/2010 | 19 | ~~WAIVER OF SERVICE returned executed by Samuel C Scott, III. Samuel C Scott, III waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010)~~ |
| 06/16/2010 | 20 | ~~WAIVER OF SERVICE returned executed by Ron Sommer. Ron Sommer waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010)~~ |

| | | |
|---|---|---|
| 06/16/2010 | 21 | ~~WAIVER OF SERVICE returned executed by James R Stengel. James R Stengel waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010)~~ |
| 06/16/2010 | 22 | ~~WAIVER OF SERVICE returned executed by Anthony J Vinciquerra. Anthony J Vinciquerra waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010)~~ |
| 06/16/2010 | 23 | ~~WAIVER OF SERVICE returned executed by Douglas A. Warner, III. Douglas A. Warner, III waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010)~~ |
| 06/16/2010 | 24 | ~~WAIVER OF SERVICE returned executed by John A White. John A White waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010)~~ |
| 06/16/2010 | 25 | ~~WAIVER OF SERVICE returned executed by Miles D White. Miles D White waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010)~~ |
| 06/16/2010 | 26 | ~~WAIVER OF SERVICE returned executed by Edward J Zander. Edward J Zander waiver sent on 6/2/2010, answer due 8/2/2010. (Crotty, James) (Entered: 06/16/2010)~~ |
| 06/16/2010 | 27 | MOTION by Defendants Anthony J Vinciquerra, Nicholas Negroponte, Motorola Inc, Gregory Q Brown, Edward J Zander, John A White, Thomas J Meredith, David W. Dorman, Samuel C Scott, III, Douglas A. Warner, III, James R Stengel, Miles D White, Indra K Nooyi, H Laurance Fuller, Ron Sommer, Judy C Lewent to dismiss *Verified Shareholder Complaint* (Thomas, James) (Entered: 06/16/2010) |
| 06/16/2010 | 28 | MEMORANDUM by Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White, Miles D White, Edward J Zander in support of motion to dismiss, 27 *Verified Shareholder Derivative Complaint* (Attachments: # 1 Exhibit, # 2 Exhibit)(Thomas, James) (Entered: 06/16/2010) |
| 06/16/2010 | 29 | MOTION by Defendants Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White, Miles D White, Edward J Zander for leave to file excess pages *in Defendants' Memorandum in Support of Motion to Dismiss Verified Shareholder Derivative Complaint* (Thomas, James) (Entered: 06/16/2010) |
| 06/16/2010 | 30 | ~~NOTICE of Motion by James W. Thomas, Jr for presentment of motion for leave to file excess pages, 29 , motion to dismiss, 27 before Honorable Ronald A. Guzman on 6/24/2010 at 08:30 AM. (Thomas, James) (Entered:~~ |

| | | |
|---|---|---|
| | | 06/16/2010) |
| 06/22/2010 | 32 | MINUTE entry before Honorable Michael T. Mason:This matter having been referred to Magistrate Judge Mason, an initial status hearing is set for 7/13/10 at 09:00 a.m. in courtroom 2266. Parties shall file a joint status report as required by this Court's Standing Order by 7/8/10. Courtesy copy to be delivered to chambers, room 2270. Mailed notice. (rbf, ) (Entered: 06/22/2010) |
| 06/23/2010 | 33 | MINUTE entry before Honorable Ronald A. Guzman: Notices of motions set for 6/23/10 are stricken. Motion by Defendants Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White, Miles D White, Edward J Zander for leave to file excess pages in Defendants' Memorandum in Support of Motion to Dismiss Verified Shareholder Derivative Complaint 29 is granted to and including 28 pages. Plaintiff's response to motion to dismiss may exceed the page limit up to and including 28 pages. Set deadlines as to motion by Defendants Anthony J Vinciquerra, Nicholas Negroponte, Motorola Inc, Gregory Q Brown, Edward J Zander, John A White, Thomas J Meredith, David W. Dorman, Samuel C Scott, III, Douglas A. Warner, III, James R Stengel, Miles D White, Indra K Nooyi to dismiss Verified Shareholder Complaint 27 : Response due by 7/14/2010. Reply due by 7/28/2010. Ruling to be by mail. Mailed notice (cjg, ) (Entered: 06/23/2010) |
| 06/28/2010 | 34 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4956971. (Federman, William) (Entered: 06/28/2010) |
| 06/28/2010 | 35 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4957152. (Leise, Elizabeth) (Entered: 06/28/2010) |
| 06/28/2010 | 36 | MOTION by Defendants Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White, Miles D White, Edward J Zander to stay *discovery pending resolution of motion to dismiss* (Attachments: # 1 Exhibit Ex. A (Mem. in Supp. of MTD), # 2 Exhibit Ex. B (6/11/2010 letter))(Thomas, James) (Entered: 06/28/2010) |
| 06/28/2010 | 37 | ~~NOTICE of Motion by James W. Thomas, Jr for presentment of motion to stay, 36 before Honorable Michael T. Mason on 7/1/2010 at 09:00 AM. (Thomas, James) (Entered: 06/28/2010)~~ |
| 06/28/2010 | 38 | MINUTE entry before Honorable Michael T. Mason: This Court has received a courtesy copy of defendants' motion to stay discovery pending resolution of defendants' motion to dismiss 36 . Defendants' motion to stay 36 is granted in part as follows. The 7/13/10 initial status hearing is stricken; no appearance is necessary on that date. The parties shall nonetheless file their joint status |

| | | |
|---|---|---|
| | | report as required by this Court's Standing Order by 7/8/10. Under the scope of the District Court's referral, this Court does not have jurisdiction to stay discovery in this matter [see 10, 31]. As a result, defendants may re-notice the remainder of their motion before the District Court. The motion hearing date of 7/1/10 is stricken; no appearance is necessary on that date.Mailed notice (rbf, ) (Entered: 06/28/2010) |
| 06/28/2010 | 39 | ~~NOTICE of Motion by James W. Thomas, Jr for presentment of before Honorable Ronald A. Guzman on 7/1/2010 at 08:30 AM. (Thomas, James) (Entered: 06/28/2010)~~ |
| 06/29/2010 | 40 | MINUTE entry before Honorable Ronald A. Guzman: Application for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4956971. (Federman, William) 34 is granted. Application for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4957152. (Leise, Elizabeth) 35 is granted. Mailed notice (cjg, ) (Entered: 06/29/2010) |
| 06/29/2010 | 41 | ~~ATTORNEY Appearance for Defendant Motorola Inc by Erin K. Lynch (Lynch, Erin) (Entered: 06/29/2010)~~ |
| 06/30/2010 | 42 | MINUTE entry before Honorable Ronald A. Guzman: Set hearing as to motion by Defendants Anthony J Vinciquerra, Nicholas Negroponte, Motorola Inc, Gregory Q Brown, Edward J Zander, John A White, Thomas J Meredith, David W. Dorman, Samuel C Scott, III, Douglas A. Warner, III, James R Stengel, Miles D White, Indra K Nooyi, H Laurance Fuller, Ron Sommer, Judy C Lewent to dismiss Verified Shareholder Complaint 27 : Motion Hearing set for 7/1/2010 at 08:30 AM. Mailed notice (cjg, ) (Entered: 06/30/2010) |
| 07/01/2010 | 43 | MINUTE entry before Honorable Ronald A. Guzman: Motion hearing held on 7/1/10. Motion by Defendants Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White, Miles D White, Edward J Zander to stay discovery pending resolution of motion to dismiss 36 is denied. Mailed notice (cjg, ) (Entered: 07/01/2010) |
| 07/08/2010 | 44 | STATUS Report *(Joint)* by Gregory Q Brown, David W. Dorman, H Laurance Fuller, Fredric Goldfein, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White, Miles D White, Edward J Zander (Leise, Elizabeth) (Entered: 07/08/2010) |
| 07/12/2010 | 45 | ~~MINUTE entry before Honorable Michael T. Mason: Status hearing set for 7/20/2010 at 09:00 a.m. in courtroom 2266. Mailed notice. (rbf, ) (Entered: 07/12/2010)~~ |
| 07/12/2010 | 46 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number |

| | | |
|---|---|---|
| | | 0752-5002911. (Laane, M. Sean) (Entered: 07/12/2010) |
| 07/14/2010 | 47 | RESPONSE by Fredric Goldfeinin Opposition to MOTION by Defendants Anthony J Vinciquerra, Nicholas Negroponte, Motorola Inc, Gregory Q Brown, Edward J Zander, John A White, Thomas J Meredith, David W. Dorman, Samuel C Scott, III, Douglas A. Warner, III, James R Stengel, Miles D White, Indra K Nooyi 27 (Crotty, James) (Entered: 07/14/2010) |
| 07/14/2010 | 48 | NOTICE by Fredric Goldfein re response in opposition to motion, 47 (Crotty, James) (Entered: 07/14/2010) |
| 07/20/2010 | 49 | MINUTE entry before Honorable Michael T. Mason: Status hearing held and continued to 9/8/10 at 9:00 am. The parties report that defendants have produced to plaintiff in this matter approximately three million pages of documents previously produced in other federal securities and consolidated derivative actions. By 7/27/10, the parties shall submit a proposed agreed confidentiality and protective order with their e-signatures in WordPerfect format to this Court's proposed order e-mail address. The parties are reminded that such proposed protective order must comply with the requirements set forth by the Seventh Circuit as well as this Court's Case Management Procedure regarding Protective Orders. By 8/3/10, the parties shall hold their Rule 26 conference, which shall include a discussion of whether future discovery shall include electronically stored information ("ESI"). In the event that any party anticipates future discovery will include ESI, the parties shall review this Court's Standing Order for Electronic Discovery and shall file their agreement regarding ESI by 8/10/10.Mailed notice. (rbf, ) (Entered: 07/20/2010) |
| 07/26/2010 | 50 | MINUTE entry before Honorable Michael T. Mason: This Court has received the parties' proposed agreed confidentiality and protective order. The parties' proposal must be amended to comply with the Seventh Circuit's and this Court's requirement that any proposed protective order provide an explicit procedure under which an interested member of the public may challenge the confidential designation of particular documents. By 8/2/10, the parties shall submit to this Court's proposed order e-mail address an amended proposed agreed confidentiality and protective order that conforms with this requirement and includes their e-signatures in WordPerfect format. (rbf, ) (Entered: 07/26/2010) |
| 07/28/2010 | 51 | REPLY by Defendants Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White, Miles D White, Edward J Zander to motion to dismiss, 27 (Attachments: # 1 Exhibit Exhibits A-C)(Leise, Elizabeth) (Entered: 07/28/2010) |
| 08/10/2010 | 52 | STATUS Report *(Joint)* by Gregory Q Brown, David W. Dorman, H Laurance Fuller, Fredric Goldfein, Judy C Lewent, Thomas J Meredith, |

| | | |
|---|---|---|
| | | Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White, Miles D White, Edward J Zander (Leise, Elizabeth) (Entered: 08/10/2010) |
| 08/13/2010 | 53 | STIPULATED CONFIDENTIALITY AND PROTECTIVE Order Signed by the Honorable Michael T. Mason on 8/13/2010.(rbf, ) (Entered: 08/13/2010) |
| 09/07/2010 | 55 | EXECUTIVE COMMITTEE ORDER: It appearing that, pursuant to the Executive Committee Order entered on August 23, 2010, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Sharon Johnson Coleman, therefore IT IS HEREBY ORDERED That the attached list of 264 cases be reassigned to the Honorable Sharon Johnson Coleman. IT IS FURTHER ORDERED that this order shall become effective on Wednesday, September 8, 2010. Mailed notices.(ef, ) (Entered: 09/08/2010) |
| 09/08/2010 | 54 | MINUTE entry before Honorable Michael T. Mason:Status hearing held and continued to 09/15/10 at 9:00 am. As stated on the record, counsel for the parties are directed to meet and confer regarding Plaintiff's notice of Rule 30(b)(6) deposition. The parties are to bring any issues related to this deposition to the Court's attention at the next status hearing. The parties are reminded that fact discovery closes on 10/08/10. Mailed notice. (rbf, ) (Entered: 09/08/2010) |
| 09/10/2010 | 56 | MINUTE entry before Honorable Sharon Johnson Coleman:This case has been reassigned to the calendar of Judge Sharon Johnson Coleman. The parties are directed to meet and discuss the status of the case. The parties are to file a joint status report by 9/24/2010 in the form described in the courts webpage at http://www.ilnd.uscourts.gov/home/_assets/_documents/webdocs/coleman/InitialStatus.pdf. All pending status or hearing dates before the previously assigned district judge are vacated. All other dates to stand pending further order.Mailed notice (keg, ) (Entered: 09/10/2010) |
| 09/10/2010 | 57 | ~~NOTICE of Correction regarding text entry,, 56 Correction to Judge Colemans web address: http://www.ilnd.uscourts.gov/home/_assets/_documents/webdocs/coleman/InitailStatus.pdf (air, ) (Entered: 09/10/2010)~~ |
| 09/14/2010 | 58 | ~~MINUTE entry before Honorable Ronald A. Guzman: Status hearing set for 10/13/10 is stricken. Mailed notice (cjg, ) (Entered: 09/14/2010)~~ |
| 09/15/2010 | 59 | MINUTE entry before Honorable Michael T. Mason:Status hearing held and continued to 10/7/10 at 9:00 am. With respect to plaintiff's notice of Rule 30(b)(6) deposition, the parties report that defense counsel will provide plaintiff's counsel with a letter containing information requested by plaintiff, after which plaintiff shall decide whether additional discovery is required. The parties are again reminded that fact discovery closes on 10/08/10 and |

| | | |
|---|---|---|
| | | advised to work diligently to complete discovery. (rbf, ) (Entered: 09/15/2010) |
| 09/21/2010 | 60 | MOTION by Defendants Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White, Miles D White, Edward J Zander for protective order (Leise, Elizabeth) (Entered: 09/21/2010) |
| 09/21/2010 | 61 | ~~NOTICE of Motion by Elizabeth Leise for presentment of motion for protective order, 60 before Honorable Sharon Johnson Coleman on 9/28/2010 at 08:45 AM. (Leise, Elizabeth) (Entered: 09/21/2010)~~ |
| 09/23/2010 | 62 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5245823. (Sherrill, Jennifer) (Entered: 09/23/2010) |
| 09/23/2010 | 63 | STATUS Report *(Joint)* by Gregory Q Brown, David W. Dorman, H Laurance Fuller, Fredric Goldfein, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III, John A White (Leise, Elizabeth) (Entered: 09/23/2010) |
| 09/23/2010 | 64 | RESPONSE by Fredric Goldfein to MOTION by Defendants Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III 60 *for Protective Order* (Federman, William) (Entered: 09/23/2010) |
| 09/24/2010 | 65 | ~~ATTORNEY Appearance for Plaintiff Fredric Goldfein by Rowena T. Parma (Parma, Rowena) (Entered: 09/24/2010)~~ |
| 09/24/2010 | 66 | RESPONSE by Fredric Goldfeinin Opposition to MOTION by Defendants Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III 60 (Parma, Rowena) (Entered: 09/24/2010) |
| 09/24/2010 | 67 | Notice of Withdrawal by Jean Williams, Gary Cinotto (Parma, Rowena) (Entered: 09/24/2010) |
| 09/24/2010 | 68 | ~~ATTORNEY Appearance for Third Party Plaintiffs Gary Cinotto, Jean Williams by Rowena T. Parma (Parma, Rowena) (Entered: 09/24/2010)~~ |
| 09/24/2010 | 69 | RESPONSE by Gary Cinotto, Jean Williams in Opposition to MOTION by Defendants Gregory Q Brown, David W. Dorman, H Laurance Fuller, Judy C Lewent, Thomas J Meredith, Motorola Inc, Nicholas Negroponte, Indra K Nooyi, Samuel C Scott, III, Ron Sommer, James R Stengel, Anthony J Vinciquerra, Douglas A. Warner, III 60 (Parma, Rowena) (Entered: |

| | | |
|---|---|---|
| | | 09/24/2010) |
| 09/27/2010 | 70 | RESPONSE by Plaintiff Fredric Goldfein to response in opposition to motion, 69 (Federman, William) (Entered: 09/27/2010) |
| 09/28/2010 | 71 | MINUTE entry before Honorable Sharon Johnson Coleman: State plaintiffs' opposition to defendants' motion for a protective order 69 heard on 9/28/2010 is stricken because state plaintiffs failed to properly intervene. Defendant's motion for protective order 60 is entered and continued. By agreement of the parties, hearing date on the motion to dismiss is set for 11/12/2010 at 1:00 PM. Mailed notice (keg, ) (Entered: 09/28/2010) |
| 10/07/2010 | 72 | MINUTE entry before Honorable Michael T. Mason: Case called for status hearing. Counsel for all parties failed to appear. Counsel are instructed to report to Judge Mason's chambers, room 2270 immediately following their 11/12/10 hearing before the District Court to inform this Court of the status of discovery. Mailed notice. (rbf, ) (Entered: 10/07/2010) |
| 10/26/2010 | 73 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5358099. (Laane, M. Sean) (Entered: 10/26/2010) |
| 11/09/2010 | 74 | MOTION by Plaintiff Fredric Goldfein to continue *hearing on Defendants' Motion to Dismiss* (Federman, William) (Entered: 11/09/2010) |
| 11/09/2010 | 75 | MINUTE entry before Honorable Sharon Johnson Coleman:Plaintiff's motion to continue 74 is granted with no appearance required on 11/12/2010. Hearing on Motion to Dismiss is set for 12/3/2010 at 11:00 AM.Mailed notice (keg, ) (Entered: 11/09/2010) |
| 11/09/2010 | 76 | MINUTE entry before Honorable Sharon Johnson Coleman: Motion for pro hac vice 73 is granted.Mailed notice (vcf, ) (Entered: 11/10/2010) |
| 11/09/2010 | 79 | MINUTE entry before Honorable Sharon Johnson Coleman: Motion for pro hac vice 73 is granted. Mailed notice (vcf, ) (Entered: 12/13/2010) |
| 11/15/2010 | 77 | MINUTE entry before Honorable Michael T. Mason: Counsel shall jointly report to Judge Mason's chambers immediately following their hearing before the District Court on 12/3/10. Mailed notice. (rbf, ) (Entered: 11/15/2010) |
| 12/03/2010 | 78 | MINUTE entry before Honorable Sharon Johnson Coleman:In court hearing held on 12/3/2010 on plaintiff's motion to dismiss 74 . The motion is taken under advisement and the Court will have a ruling by 12/10/2010. If future status dates are necessary, it will be reflected in order. Mailed notice (keg, ) (Entered: 12/03/2010) |
| 12/09/2010 | | (Court only) ***Civil Case Terminated. (vcf, ) (Entered: 12/13/2010) |
| 12/10/2010 | 80 | MINUTE entry before Honorable Sharon Johnson Coleman: Defendant's motion to dismiss 27 is granted. The case is dismissed. Enter Memorandum Opinion and Order. Mailed notice (vcf, ) (Entered: 12/13/2010) |
| 12/10/2010 | 81 | ENTERED JUDGMENT. Mailed notice(vcf, ) (Entered: 12/13/2010) |

| | | |
|---|---|---|
| 12/10/2010 | 82 | MEMORANDUM Opinion and Order Signed by the Honorable Sharon Johnson Coleman on 12/10/2010. Mailed notice(vcf, ) (Entered: 12/13/2010) |
| 12/14/2010 | 83 | MINUTE entry before Honorable Michael T. Mason: The District Court terminated this case on 12/9/10. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. Judge Michael T. Mason no longer referred to the case. (rbf, ) (Entered: 12/14/2010) |
| 01/03/2011 | 84 | NOTICE of appeal by Fredric Goldfein regarding orders 82 , 81 Filing fee $ 455, receipt number 0752-5568163. (Federman, William) (Entered: 01/03/2011) |
| 01/03/2011 | 85 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 01/03/2011)~~ |
| 01/03/2011 | 86 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 84 . Notified counsel (dj, ) (Entered: 01/03/2011)~~ |
| 01/03/2011 | 87 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 84 ; USCA Case No. 11-1007. (vcf, ) (Entered: 01/04/2011)~~ |
| 01/10/2011 | 88 | DOCKETING Statement by Fredric Goldfein regarding notice of appeal 84 (Crotty, James) (Entered: 01/10/2011) |
| 01/17/2011 | 89 | ~~SEVENTH CIRCUIT transcript information sheet by Fredric Goldfein (Crotty, James) (Entered: 01/17/2011)~~ |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These items are sent under a separate certificate.**
**N/A: These items are not available.**