# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

February 26, 2013

| No.: 11-1007 | FREDERIC GOLDFEIN, derivatively on behalf of Nominal Defendant Motorola, Inc., <br> Plaintiff - Appellant <br><br> v. <br><br> GREGORY Q. BROWN, et. al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:10-cv-01955 <br> Northern District of Illinois, Eastern Division <br> District Judge Sharon Johnson Coleman ||

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on February 25, 2013, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).



form name: **c7_FinalOrderWMandate**(form ID: **137**)